Arthur R. Addy, Appellant, v. Hutchison Acoustic Company and Others, Impleaded with Valentine P. Snyder, Personally and as Trustee of the Varick Bank of New York, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

W. Elwell Goldsborough, Appellant, v. Hutchison Acoustic Company and Others, Impleaded with Valentine P. Snyder, Personally and as Trustee of the Varick Bank of New York, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Hene Cooper, Appellant, v. Samuel Joseph and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Helen Hazard Bacon, Appellant, v. American Mechanical Cashier Company, Respondent.— Determination affirmed, with costs and disbursements. No opinion.

Lewis C. Freeman, Respondent, v. Marie S. Wyse, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $2,138.06; in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

John McMillan, Appellant, v. Leonard Leaman, Respondent.— Judgment and order affirmed, with costs. No opinion.

Isaac Birnbaum, Appellant, v. Samuel J. Silberman, Respondent.— Judgment and order affirmed, with costs. No opinion.

Bessie Strasburger and Carrie Vogel, Respondents, v. Julius Janowitz, Appellant.— Judgment affirmed, with costs. No opinion.

Martin Lynch, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Anna Woerishoffer, Respondent, v. Sydney W. Peoples, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas C. Stephens, Appellant, v. John Jacob Flammer and Others, Defendants. Pincus Lowenfeld and William Prager, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Universal Building and Construction Company, Appellant, v. Moritz Waisman and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Theresa Toronto, as Administratrix, etc., of Cesaro Barone, Deceased, Respondent, v. Westinghouse, Church, Kerr & Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Raphael J. Moses, Plaintiff, v. Charles F. Bauerdorf and George Karsch, as Executors, etc., of Albert J. Adams, Deceased, Defendants.— Exceptions overruled and motion for new trial denied, with costs. No opinion. Settle order on notice.

Mary A. Gray, as Administratrix, etc., of Bernard Gray, Deceased, Respondent, v. Siegel-Cooper Company, Appellant.— Judgment and order reversed, new